```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY SIMMS                  :       CIVIL ACTION
                                :
     v.                         :
                                :
TRIMAC TRANSP. EAST, INC.       :       NO. 08-2694
```

ORDER

AND NOW, this 8th day of June, 2009, upon consideration of the defendant's motion for summary judgment (docket entry # 26), plaintiff's response thereto (docket entry # 27), and defendant's reply (docket entry # 32), and upon the findings of fact and conclusions of law detailed in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry # 26) is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


\s\Stewart Dalzell